# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                                  In Replying Give Number
Clerk                                                                                                                      Of Case and Names of Parties

November 7, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **MARCH 9, 2026, IN JACKSONVILLE, FLORIDA.  COURT WILL BE HELD MONDAY-THURSDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission.  See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #11.***


| Case Number | Case Name |
|---|---|
| 25-10034 | Harold Dombrowski v. Wilson, et al. (REVISED ARGUMENT DATE) |
| 23-12989 | United States v. Carlos Tejeda, et al. |
| 23-10003 | United States v. Reginald Smith Jr. (REVISED ARGUMENT DATE) |
| 25-11473 | Worldwide Aircraft Services, Inc. v. Aetna Life Insurance Company |
| 24-13815 | Ebony Kelley v. Allegiant Air, LLC |
| 24-14147 | United States v. Gray Rivera |
| 24-13470 | The Coca-Cola Company and Subsidiaries v. Commissioner of Internal Revenue |
| 24-14249 | Amerisure Insurance Company, et al. v. Landmark American Insurance Company |
| 25-10088 | United States v. Jesse Moore |
| 25-10331 | Bay United Holdings, LLC v. INXS VII, LLC |
| 24-10132 | Commodity Futures Trading Commission v. Michael Dacorta |
| 24-12290 | Steven Dewitt v. Apalachee CI Warden |
| 24-11794 | United States v. Darius Hudson |
| 24-12481 | United States v. Johnny Flores |
| 24-12549 | Jonathan Burton v. Dr. G. Espino |
| 25-11612 & 25-11821 | Bear Warriors United, Inc. v. Secretary, Florida Dept. of Environmental Protection |