# In the United States Court of Appeals for the Eleventh Circuit

BEAR WARRIORS UNITED, INC.,
*Plaintiff-Appellee,*

v.

SECRETARY, DEPARTMENT OF ENVIRONMENTAL PROTECTION,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Middle District of Florida
Case No. 6:22-cv-2048-CEM-LHP (The Hon. Carlos E. Mendoza)

## MOTION FOR LEAVE TO APPEAR AND PRESENT ARGUMENT

JESSICA L. BLOME
GREENFIRE LAW P.C.
2748 Adeline St., Suite A
Berkeley, CA 94703
(510) 900-9502 ext. 703
*jblome@greenfirelaw.com*

March 3, 2026                    *Counsel for Plaintiff-Appellee*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 and 26.1-2, the undersigned counsel certifies that the following listed persons and parties may have an interest in the outcome of this case:

1. Bear Warriors United, Inc. – Appellee

2. Bennett, Jennifer D. – Counsel for Appellee Bear Warriors United, Inc.

3. Blackner, Lesley, G. – Counsel for Appellee Bear Warriors United, Inc.

4. Blome, Jessica L. – Counsel for Appellee Bear Warriors United, Inc.

5. Brown, Jeffrey – Counsel for Appellant Secretary Lambert

6. Corbani, Kelley F. – Counsel for Appellant Secretary Lambert

7. Consovoy McCarthy PLLC – Counsel for Appellant Secretary Lambert

8. Greenfire Law, PC – Counsel for Appellee Bear Warriors United, Inc.

9. Gupta Wessler, LLP – Counsel for Appellee Bear Warriors United, Inc.

10. Harris, Jeffrey M. – Counsel for Appellant Secretary Lambert

11. Lambert, Alexis, in her official capacity as Secretary of the FDEPartment of Environmental Protection – Appellant

12. Mendoza, Honorable Carlos E. – Judge for the United States District Court of the Middle District of Florida

13. Philo, Alisa – Counsel for Appellee Bear Warriors United, Inc.

14. Price, Honorable Leslie H. – Magistrate Judge for the United States District Court for the Middle District of Florida

15. Venable, Nicholas B. – Counsel for Appellant Secretary Lambert

16. Weir, Bryan – Counsel for Appellant Secretary Lambert

.

Dated: March 3, 2026                    _/s/ Jessica L. Blome_____
                                        Jessica L. Blome

## MOTION FOR LEAVE TO APPEAR AND PRESENT ARGUMENT

Pursuant to Eleventh Circuit Rule 34-4(e), the undersigned hereby moves for leave to enter an appearance for Alisa C. Philo and Jennifer D. Bennett of Gupta Wessler LLP on behalf of Plaintiff-Appellee Bear Warriors United, Inc. Ms. Philo and Ms. Bennett are both admitted to practice in the Eleventh Circuit, and, with leave of this Court, Ms. Philo will become lead counsel in this matter and present argument on April 21, 2026.

Greenfire Law P.C. will continue to represent the Plaintiff-Appellee as co-counsel to Gupta Wessler LLP.

Counsel for Defendant-Appellant does not oppose this motion.

March 3, 2026

Respectfully submitted,

*/s/ Jessica L. Blome*
JESSICA L. BLOME
GREENFIRE LAW P.C.
2748 Adeline St.
Suite A
Berkeley, CA 94703
(510) 900-9502 ext. 703
*jblome@greenfirelaw.com*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A), because this brief contains 103 words excluding the parts exempted by Rule 32(f). As required by Circuit Rule 27-1(a)(10), this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this brief has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

March 3, 2026

*/s/ Jessica L. Blome*
Jessica L. Blome

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Eleventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

/s/ Jessica L. Blome
Jessica L. Blome