In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11612
_____

BEAR WARRIORS UNITED, INC.,

*Plaintiff-Appellee,*

*versus*

SECRETARY, FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02048-CEM-LHP
_____

_____

No. 25-11821
_____

BEAR WARRIORS UNITED, INC.,
    a Florida Not for Profit Corporation,

*Plaintiff-Appellee,*

*versus*

SECRETARY, FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02048-CEM-LHP

————————————

ORDER:

Appellee's motion for leave for Alisa C. Philo and Jennifer
D. Bennett to appear in this appeal as counsel for appellee is
GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION